1

2

3

4

5

6

7

8             UNITED  STATES  DISTRICT  COURT

9            NORTHERN  DISTRICT  OF  CALIFORNIA

10

11   QUINTON  WATTS,                          Case No. 24-cv-01789 NC (PR)

12                 Plaintiff,
                                              **ORDER OF TRANSFER**
13          v.

14   COUNTY  OF  COLUSA,

15                 Defendant.

16

17

18          Plaintiff, a former prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. §

19   1983, against the County of Colusa.  Dkt. No. 1.  The complaint seeks damages for the

20   violation of Plaintiff's rights during criminal proceedings in the County of Colusa.  *Id.* at

21   3-5.  Because the acts complained of occurred in Colusa County, which lies within the

22   venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in

23   that district and not in this one.  *See* 28 U.S.C. § 1391(b).  The same is true if Plaintiff

24   were to file a habeas petition challenging that state conviction: the traditional venue is in

25   the district of conviction or sentencing, which is also Colusa County.  *See* Habeas L.R.

26   2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v.*

27

28

United States District Court
Northern District of California

1   *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

2        Accordingly, this case is TRANSFERRED  to the United States District Court for

3   the Eastern District of California.  *See* 28 U.S.C. § 1406(a).

4        The Clerk shall terminate all pending motions and transfer the entire file to the

5   Eastern District of California.

6        **IT IS SO ORDERED.**

7   DATED:     March 27, 2024

                    NATHANAEL  M. COUSINS

8                       United States Magistrate Judge

Order of Transfer
PRO-SE\NC\CR 2024\01789Watts_transfer(ED)

United States District Court
Northern District of California